UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY BRANDON KRENZ,<br><br>        Plaintiff,<br><br> v.<br><br>STEVEN JACKSON,<br><br>        Defendants. | No. 3:21-CV-5724-RAJ-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)   The Court **adopts** the Report and Recommendation.

(2)   Plaintiff's amended complaint (Dkt. 4) is **dismissed**, with the result that:

  (a)   Plaintiff's injunctive relief claims are dismissed pursuant to *Younger*;

  (b)   Plaintiff's damages claims against Defendant Jackson and the Grays Harbor County Superior Court are dismissed with prejudice.

  (c)   Any remaining claim is dismissed without prejudice.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(3)  Plaintiff's IFP motion (Dkt. 1) is **denied as moot**.

(4)  The Clerk is directed to **close** this case **send** copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

DATED this 11th day of January, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2